## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:16-mc-24606-UNGARO/OTAZO-REYES

ADANA INVESTING, INC.,

      Plaintiff,

v.

WELLS FARGO BANK, N.A.,
WELLS FARGO ADVISORS, LLC,
BENJAMIN RAFAEL,
HERNAN BERMUDEZ,
and PAUL ZOCH,

      Defendants.

_____/

### AGREED ORDER ON MOTION TO QUASH [ECF NO. 2]

WHEREAS, Adana Investing, Inc. ("Adana") served a subpoena (the "Subpoena") on Movant Edmund Ross Marroso, Jr., ("Marroso") through the action styled, *Adana Investing, Inc. v. Wells Fargo Bank, N.A.*, Case No. 16-cv-21562 (S.D. Fla.);

WHEREAS, on September 16, 2016, Marroso filed a Motion to Quash, for Protective Order, and Objections Directed to Subpoena by Adana Investing, Inc. (the "Motion") [ECF No. 2];

WHEREAS, Adana and Marroso have reached an agreement on narrowing the scope of the Subpoena;

WHEREAS, Marroso objects to the production of the subpoenaed material on the ground that it is subject to a confidentiality agreement in his consultancy agreement with Jason Van Eman and Weathervane Productions, Inc., and related entities, and possibly Van Eman's consultancy agreement with Benjamin McConley and Forrest Capital Partners, Inc. and related entities;

WHEREAS, Adana and Marroso have not been able to reach an agreement on Marroso's entitlement to and amount of reasonable expenses (including attorney's fees) for the cost of compliance under Fed. R. Civ. P. 45(d)(1) and/or 45(d)(2)(B)(ii).

1

Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. Marroso **SHALL** provide a copy of this Order and the Subpoena by U.S. Mail to the last known address and by email to Jason Van Eman, Weathervane Productions, Inc., WVP Holdings, LLC, Benjamin McConley, and Forrest Capital Partners, Inc.. no later than December 12, 2016, or twenty-four (24) hours after the entry of this Order, whichever is later.

2. Jason Van Eman, Weathervane Productions, Inc., WVP Holdings, LLC, Benjamin McConley, and Forrest Capital Partners, Inc. shall **SHOW CAUSE** no later than December 16, 2016, or five (5) business days after the entry of this Order (whichever is later), why any records encompassed by the Subpoena should not be produced on the grounds that they are proprietary or confidential.

3. Marroso may file a submission, no longer than five pages, for the Court to determine entitlement to and amount of reasonable expenses (including attorney's fees) for the cost of compliance pursuant Fed. R. Civ. P. 45(d)(1) and/or 45(d)(2)(B)(ii) no later than December 14, 2016, and Adana may file a response, no longer than five pages, no later than December 19, 2016.

4. The Court will determine entitlement to and amount of reasonable expenses (including attorney's fees) for the cost of compliance pursuant Fed. R. Civ. P. 45(d)(1) and/or 45(d)(2)(B)(ii).

5. Marroso shall produce the documents as narrowed by the parties' agreement (or an appropriate privilege log for documents for which a privilege is claimed) by January 3, 2017, or ten days after resolution of the confidentiality and reasonable expense issues, whichever is later.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of December, 2016.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF:

United States District Judge Ursula Ungaro
Counsel of Record

2

Copies via U.S. mail:

Benjamin Rafael
11111 Biscayne Boulevard
Unit 1900
Miami, FL 33181